Submitted on record and appellant's brief February 24, reversed March 3, 1975

CAMPBELL, *Respondent, v.* STATE
DEPARTMENT OF MOTOR VEHICLES,
*Appellant.*

532 P2d 28

Lee Johnson, Attorney General, W. Michael Gillette, Solicitor General, and Timothy Wood, Assistant Attorney General, Salem, filed the brief for appellant.

Deane Sterndale Bennett, Portland, appeared for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

PER CURIAM.

REVERSED. *Stratikos v. Dept. of Motor Vehicles,* 4 Or App 313, 477 P2d 237, 478 P2d 654 (1970), Sup Ct review denied (1971), and *Cavagnaro v. Motor Veh. Div.,* 19 Or App 725, 528 P2d 1090 (1974).